Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT

for the

MiDDle District of Fort Myers

2021 NOV 10 PM 12: 41

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

_____ Division

|  |  |
|---|---|
| Stephen A. Moretto <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 2:21-cv 847-JES-NPM <br> *(to be filled in by the Clerk's Office)* |
| -v- <br> PIA Dept Corr, UNKNOWN, UNKNOWN <br> ~~puntuar~~~~Boards~~, D. Colon <br> CENTURION OF Fl. LLC. <br> UNKNOWN, UNKNOWN <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | OUTGOING LEGAL MAIL <br> PROVIDED TO TAYLOR C.I. FOR <br> MAILING ON <br> 11-8-21 <br> DATE (MAILROOM-ANNEX) OFFICER INT. |

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Stephen Andrew Moretto

All other names by which you have been known: ~~Rodney~~ ~~Rodney~~

ID Number — 719553

Current Institution — Taylor Annex C.I.

Address — 8629 Hamton Springs Rd.

Perry                FL          32348
*City*              *State*      *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — Unknown ∅

Job or Title *(if known)* — Assistant Warden of operation

Shield Number

Employer — Fla DOC

Address — 9544 County Rd. 476-B

~~Bushnell~~ Bushnell    Fl.    33513
*City*                 *State*  *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name — Centurion of Fl. LLC

Job or Title *(if known)* — Medical Contractor For FlDOC

Shield Number

Employer

Address — 1203 Govenors Square Blvd suit 600

Tallahasse    Fl    32301
*City*        *State*  *Zip Code*

☐ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name — Warden    D. colon

Job or Title *(if known)* — Warden of Sumter C. I.

Shield Number

Employer — Fla Dept. Corr.

Address — 9544 county Rd 476-B
Bushnell         Fl      33513
City                State        Zip Code

☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**

Name — UNKNOWN

Job or Title *(if known)* — ARNP

Shield Number

Employer — Centurion of Fla

Address — 8629 Hamton springs Rd
Perry          Fl      32348
City                State        Zip Code

☒ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment to A Known Dangerous issue
Failure to keep safe

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

...NF    Chief medical officer   UNKNOWN
Job Title    Authority responsible for providing FiNAl
             medical Judgement For PlaintiFF

emply    Centurion of Fl LLC

Addres    NA - TemporArly displaced do to Flood.


Defendant    A.R.N.P   UNKNOWN

Job title    CliNiciAN orders, directs Administers
             treatment to inmates (plAintiff)

Address

         SAme displaced only Temporary Address.
         will show lAter when I hAve NAmes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

See Attatched Facts & Claims

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐  Pretrial detainee
- ☐  Civilly committed detainee
- ☐  Immigration detainee
- ☒  Convicted and sentenced state prisoner
- ☐  Convicted and sentenced federal prisoner
- ☐  Other *(explain)*  _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NA

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Sept 2, 2021 Sumter Corr, Inst. see Attatched

CONTINUED from page V

1) This complaint is based on 8th Amendment to U.S.C. Failure to protect Failure to keep plaintiff from harm. The WARDENS and MARK INCH are aware of the know dangerous yellow painted lines and walkways. They disregarded this know risk to plaintiff by not putting up any kind of WARNING "slippery when wet" or by adding a NON-slick or sand to yellow paint. Or using flat yellow paint See Exhibit A

1) in 2017 inmate petition FlA Dept. of Correction for a rule change for safety of inmates at FDC See Exhibit AB

2) there are several hundred grievance pertaining to yellow painted lines being slippery when wet. producing documents will show this as evidence. Upon information.

3) September 2, 2021 6:15 Am is I went to chow hall it was raining out and I slipped and fell super hard on three foot by six foot wide walk way. Hitting my head and back I seen stars of light in my skull.
  Sargent Giles came running over from guard Tower about 300 feet away. Giles told me not to get up, that I could be seriously injured. Giles said she heard my head hit pavement, it sounded like water melon splatting. Giles called medical emergency to have me picked up in wheel chair.

4 A

4) Sept 2, 2021  I goto medical And tell them my head is throbbing, Neck is stiff. Said I seen bright light when my head hit pavement. She gives me Ice pack and 10pks of Ibuprophin. see Exhibits by witness whom seen me fall Exhibit A, B, C, D AFFIDAVITS,

5) Sept 3, 2021 wrote grievance on slip - N - Fall causing injuries - Stating I really hurting. I described the incident.

6) Sept 5th 2021  putin sick call requesting follow up on Slip-N-Fall requesting pain meds stating head Ache Neck pains, shoulder all Amplified, Back. Do to sick call (Triage Level three, I will Not be seen)

7) Sept 10, 2021  Recived Grievace back on slip And fall reported. The cordinator remarked And said this is A Request Not A grievace. Cordinator purposely Blocked my grievace  see Exhibit F. E They try to block me Exhausting grievance on Slip - N - Fall,

8) Sept 14, 2021 wrote grievacc For Not writing incident report 302.045 procedure (1) incident refering to A Accident involving possible injury to person Etc, etc each incident will be considered with regard to possible impact on public safety. "Further more this is A impact on safety A dangerous condition Three foot in length by six feet width Bright yellow painted. see Exhibit F. for rule change on yellow painted lines causing injuries.

9) Sept 15, 2021  grievance Against medical Denying medical care leaving me with head injury, back, neck

4 B

PAINS, Feet NUMB, complAining About putting
Sick CAllS into medicAl and being ignored.

10) sept. 18, 2021 wrote Sick CAll stAting 3rd request
to Follow Up oN slip-N-FAll-sAying Im iN three times
more pAins, All pAins AmpliFied. Denied medicAl cAre.
(My Sick CAll is TRIAGed At Level 3 NoN-UrGeNt)

11) sept 20, 2021 TRANSFered to CFRC, I Ask R.N to
see Doctor due to PAINS she sAid Im only stAying
A Night. I sAy I have PASS No-lifting the property
officer sAid its your property, iF you wANt to keep
you cArry it, they wouldNt let Any other inMate
help me. All oN video.

12) sept 21, 2021 TRANSFer to Butler West UNit. Before
leaving The property personel sAid same thing, I had
Four big boxes to cArry plus pillow cAse with persoNAl
property. 3 of 4 Boxes Are Legal mAteriAl. (20 to 30 pounds)
I mAde Four trips cArring boxes outside to EAch
Bus loAding AreA. I hAd to sit And Rest After
eAch move, After Fourth trip I sAt for 10min, exhausted
and iN pAins. Went bAck for pillow cAse that had
TAblet, medicAl Boots, Dentures, head phone-EArbuds, Bible
with 40 stAmps inside, blue gym shorts and 30-40 in
cANteen. "I Asked officer of property were my persoNAl
property is. He sAid its Not here. I pointed by chAir
and sAy I left right here. He sAid go check
outside mAybe some one moved it. I say No inMAte
except your orderlies were up here, I've been
moving my boxes." I Asked six UNkNowN officers
down by property and Bus loAding AreA they

4C

Section V

said I Need to get oN Bus. I say I Need my property. They laugh And say we will send it to you. I get oN Bus And they Never send. I'm retaliated AgaiNst for writing grievances. Denied medical treatment. Further more:

13) wrote sick call Asking to be seen, Telling Butler medical of Falling And injuring head, They would Not respond, denied me medical care. (Triage level 3)

14) Sept. 23, 2021 wrote grievace 208-2109-0021 AgaiNst CFRC For taking my personal property, stating to view video or

15) Sept 23, 2021 wrote grievance 208-2109-0018 For cordiNator covering up Slip-N-fall From 9-2-2021 Response Dated 9/27/21 Recieved they held uNtil After I transfered out see Date bottom right 10/7/2021 They purposly held so I could Not Exhaust, see Exhibit G Also some one wrote 10/12 left corner

16) Sept 24, 2021 wrote grievance ~~pages~~ 208-2109-0015 Slip-N-fall reported. see Exhibit (H.) same Dated 9/27/21 Recieved. this was held As well I did Not recieve uNtil 10-29-2021.

17) Sept 24, 2021 wrote grievance 208-2109-0019 EX I AgaiNst WarDen For Failure to File incident report on sept 2, 2021 Slip-N-Fall. They Recived 9/27/21 They stamped Date this is false. All the said Recieved

18) on 9/27/21. Hand writen on Exhibit G Dated 10/7/21 The stamp Dates look! ● Just stamped on paper. All these were stapled together when Delivered to me on 10-29-2021. Also look At Bottom left corner hand writen 10/12 they purposly hold till they come back to me on 10/29/2021 The 33-103.011 is days to Respond. That date

4 D

Section V

bottom left of EX G, is defenitly lAte. Even
10/7/21 is 14 day. I transfered out 9/30/21
They should have given me before I transfered.

19) 10/1/21   I put in sick cALls for All pains ect ect.
hurting terribly.

To Court   I know I don't need to show exhibits, I do
it to sAfe keep them, do to repeated RetaliAtion
From Fl DOC officers destroying my legAl
mAteriAl. And property. FederAl court keep them
sAfe.

20) 10/7/21   I went to medical ARNP see's that Im hurting
BAdly, she orders Two Shots 30cc steroiD.
30cc pAin shot. Orders EX-RAys, "10PK Non-Aspirin

21) 10/9/21   Ive waited Long enough For Responses on
grievances. 9-23-21 and 9-24-21 so By Rules
33-103.011 (4) ExpirAtion of time for response-shall
entitle the complainant to proceed to next step
of Grievance process. so I went to FormAl

2) 10/9/21   • FormAl - Cordinator disposing grievances to cover
up slip-n-fall from 9-2-2021.
• FormAl WArden FAilure to safe guard on known
DAngerous yellow pAinted wAlk wAy.
• Formal incident Report for slip-n-fAll.
• Formal CFRC tAking my property.
"All sAid. Next step came back non-complrence,
they FAiled to go to Next step. Attempting to block
me from ExhAusting. See Exhibt J And J2

3) 10/9/21   I reput in New grievances Against Cordinator
from Sumter for covering up slip-n-fall-224-2110-0067
• INFORMAL Against WARDEN Sumter FAilure to
Knotify of DAngerous wAlk wAys #224-2110-0068

4) 10/19/21   Responses both denied - I put in Formal to
WARDEN, will continue. See Exhibit K and L

4 E

SECTION

25) 10/21/2021 I went to EX-RAYS I had many problems laying down at crazy angles, I pulled something in lower back a differant area, it feels like same as right side lower same similar area. The shot helped with the stiffness in neck and hands and feet. But still lower back to hip pains, groin, neck and both shoulders still hurt.

26) 10/22/21 wrote grievance to medical against Ex-Ray and pulling something lower back # 224-2110-0179

27) 10/26/21 Response 224-2110-0179 Denied said I have follow up appointment.

28) Nov. 5 2021 I am still in pains, Elbow pains are back, lower back, numbness in toes, neck ache with head ache all day eating 1200 mg Ibprophin 2-3 times. a day still no follow up. Neck is stiff again.

29) Nov. 7, 2021 wrote grievance stating procedur 403.006 (d) complaints or onsets of Neurogical deficts Require immediate Notification, Requiring clinitian Notification Need follow up care, Need to see Neurogolical Specialist.

30) see Exhibit M grievace 208-2109-0020 The Response Inmates are required to walk to the Right of yellow line - Not on it. Most Dept of Corr. do not have 3" foot by 6" foot walk ways only line's.

4 F

Section V

31) The yellow lines Are dangerous As well, there have been MANY Accidents. But this is A side walk grass on either side. We Are required to walk on side walk. It was 6am still dark out and raining. I was 294 lbs. I hit hard. Medical refused to do any follow up. I seen Srgt Giles boy friend four days After he asked How I was farring he said Sargent Gile had real concern for my injury.

The warden's tried blocking All my grievances As you CAN see. Did nothing to correct this hazard, inmates will continue to be in harms way. They have disregarded this risk of A known hazard. Violating my 8th Amendment Rights. Centurion has Failed to send me to A specialist. Do to A policy on Non-urgent care. If it is Not marked under There dated stamp on sick call's Triage Level 1 for emergent I will Not be sent to A specialist. On my sick call's Triage level 3 is marked, The clinician and Chief Medical will Not send me to specialist do to policy on Triage Level of care. Denying me Adequate medical violations 8th Amend to U.S.C.

32) See Exhibit N AFFIDAVIT. Bay Correctional Adds sand-Non-slick to prevent injury. They reconize A problem that is wide spread.

33) Fla. Dept of Corr. procedure 403.006 Sick call Triage (3) Each Sick call Request will be Triaged As follow A) emergent = patient Needs to be seen immediatly. B) urgent = Need to be seen with in 24 hrs. C) Routine Non-urgent = patient Needs to be seen in Timely manner not to exceed one week. This is A policy of Fla Dept of Correction Adopted

4 G

by Centurion and promugated to make it A custom
and policy. It is widespead every sick Call is
stamped to show TriAge Level. Level three is
A Non-Urgent policy that Delayed or postpones
sending plaintiff to A specialist, ORthopedic or
Neurologist for his Adequate medical Needs.

34) Administration of treatment procedure 401.011 FI DOC.
(A) in Accordance to State law only Clinicians may order
direct, Administer treatment. To inmates. "I mention this
to hold Chief Medical officer and A.R.N.P responsible
in stating A Claim. I do Not have Names only titles.

35) A Known Dangerous Hazard, The Gloss painted
lines Are well KNOWN see [Exhibit P] this says
similar to my Slip-N-fall on thee Foot Width, IN mates Are
required to walk on yellow painted Walk Ways. This
petition was put Forth in 2017, Very well KNOWN.

I will end this here. I could have this typed up And it
would be less than 25 pages. But I have lost complaint do
to typest having in there posession, Retaliation FI DOC officials
Block. So I ask the Court to Acept this 39 page complaint.
So I don't have to rewrite it in smaller letters.

Under Penalty of perjury I stephen Andrew Moretto
do solemnly swear, Affirm and certify, That This Document
is A TRUE STATEMENT OF FACTS, That the said FACTS
STATED here in Are TRUE And correct.

STEPHEN MORETTO

4 H

# STATEMENT OF CLAIMS
## From PAGE V

Claim 1   DefendANT Colon and AssistANT wARDEN of
opperAtions FAiled to keep Moretto sAfe from
HArm, when they have subject knowledge of A
KNOWN DANGerous condition with the yellow
pAinted wAlk wAys (thAt Are high gloss) pAint
that becomes slippery when wet. They both
FAiled to tAke sAfety precAutions And Add
A NON-slick Additive to pAint to prevent slippery
while wet." There were NO signs "posted wARNiNG" notify
plAintiff of slippery when wet. DefendANts disregArded
any types of NotificAtioN to wARN of A DANGerous
HAzArd. They have subject knowledge of A Risk of
serious harm to plaintiff, The DefendANts FAiled to
to sAfe guArd plAintiff, when plAintiff slipped and
fell oN three foot iN length by six feet width
yellow pAinted wAlk wAy, cAusing iNjury. ViolAting
eighth AmendmANt to U.S.C.

Claim 2   Centurion As the medicAl contrActor FoR
Fl. Dept. of Corr. FAiled to give PlAiNtiff AdequAte
medicAl treAtment, when they have A policy oN
NON-uRGent cAre thAt they promugAted And
Adopted from the Fl. Dept. of Corr. FoR NON-uRGent
cAre. To deNy plAintiff to be sent to A Neurogolist
for speciAlty cAre. LeAving plAintiff iN pAiNs, ViolAting
his eight AmendmANt to U.S.C. Centurions Policy
oN TRiAGe Level's oN emergeNcy, uRGeNt of
Routine cAre prevented PlAintiff from recieving
AdequAte medicAl cAre. Centurion Adopted this
policy from Fl DOC and promugAted violAting plAintiff
8th Amendment to U.S.C.

4 I

Section V

<u>Claim 3</u>  Colon and Assastant warden of opperations, As warden's they have a duty to safe guard and care of plaintiff. They disregarded that care when they have a subject knowledge of a known Dangerous condition, it was six am and Raining out side No light's were on to light this Dangerous Hazardous area, No posting of sign's telling plaintiff slippery when wet. Defendants disregalded the postings of any Hazard to this Dangerous yellow painted sidewalk. By disregarding the safety of plaintiff, he fell when he stepped onto walk way and hitting his head and back causing injuries. Defendants failed to keep plaintiff safe from harm violating his 8th Amendment to U.S.C. cruel and unusuall treatment.

<u>Claim 4</u> Unknown chief medical officer shall be designated to serve as the Authority responsible to plaintiff for providing final medical judgement and for sending plaintiff to a specialist to treat his neurogolical problems and orthopedic care. This chief medical officer failed to send plaintiff to a specialist due to a policy on Non-urgent care, he failed to give Adequate medical care to plaintiff violating plaintiff's 8th Amendment to U.S.C.

<u>Claim 5</u>  Peterson failed to send Plaintiff to a specialist do to Centurion policy on Non-Urgent care that prevented Peterson from putting a Referal in for plaintiff to be seen by specialist. Even when

4 J

CLAIMS Continued

A.R.N.P Peterson diagnosed plaintiff with A medical issue. This centurion Policy that stopped Peterson from sending plaintiff to A specialist do to A NON-urgent policy violated Moretto's rights to Adequate medical care. violating 8th Amendment to the U.S.C.

Claim 7

UNKNOWN A.R.N.P Are the Clinicians that direct and Administer treatment to plaintiff. They have Failed to send plaintiff to A specialist Do to policy of TRIAGE Level's Three routine - NON-urgent care. This policy they promugated And Adopted violated plaintiff rights under 8th Amendment to U.S.C. causing plaintiff further injury and keeping him in pain and suffering, violating 8th Amendment to U.S.C.

Claim 8  Centurion, Peterson, UNKNOWN, and UNKNOWN failed to give Moretto Adequate medical care, By Not sending him to A Orthopedic or Neurolgist for A specialty Referral. All because of TRIAGe Policy on Levels of care. Marking plaintiffs sick calls Level three NON-urgent care, that delay's his treatment leaving him in pains and to suffer violating his 8th Amendment right To. U.S.C. This policy on TRIAGE Level's is A NON-urgent care that violates the rights of Moretto to postpone his diagnosed serious medical condition leaving him UNAble to participate in outdood Activities violating 8th Amend. To U.S.C.

4 K

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

Sept 2, 2021   6:15 Am

**D.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I slipped on 3 foot by six foot yellow painted WALK WAY. See Attatched Facts and AFFIDAVITS Luis Sizemore, Raul Estevez, Kevin Bliss And Jacob WAller witnessed my Falling.

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Neck, BACK, Spine, shoulders and head injuries. Denied to see A Neurologist specialist. OR ORthopedic specialist

WAS Given Two Shots

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compansatory $250,000 Against WARDEN and Assistant WARDEN.
Compansatory $250,000 Centurion of FLA/chief med. officer
  100,000 UNKNOWN ARNP, Peterson
    UNKNOWN
PUNitive DAMAges $50,000 AgAinst Every DefendAnt
Any and All cost of this suit, Attorney fees.
A Jury by TRIAl on A FActs.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

8th All
_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.** If you did file a grievance:

1. Where did you file the grievance?

   Sumter Corr. Inst
   Butler West Unit.
   TAYLOR Annex

2. What did you claim in your grievance?

   FAilure to Keep sAfe on KNOWN DAgerous
   Condition. Next step
   Denying Medical CArc to see A SpeciAl.St.

3. What was the result, if any?

   Denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Exhausted

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**F.**    **If you did not file a grievance:**

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

**G.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*ReFiled 3 times, Grievaces went to Next step do to TRANSFering Exhausted*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☒ Yes

☒ No    NO

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    _____
Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*
_____

3.    Docket or index number
_____

4.    Name of Judge assigned to your case
_____

5.    Approximate date of filing lawsuit
_____

6.    Is the case still pending?
☐ Yes
☐ No
If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

**D.**   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)   MoRetto Vs DANZig  2816-CV-908

   Defendant(s)   WEXFORD HEAth SOURCC

2. Court *(if federal court, name the district; if state court, name the county and State)*

   MiDDLe

3. Docket or index number

   216-CV-908-FtM-MRM

4. Name of Judge assigned to your case

   MRM

5. Approximate date of filing lawsuit

   2016

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition   Settled 10-1-2021

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   settled    see Attalched

Continued from page 10

Previous suits pending

1) 2818-CV-687  Moretto vs WEXFord Et-EL  8th Amend
to medical care, Into Discovery

2) 2:21-CV-454-Jes-NPM  Summons delivering
Dental 8th Amend.

3) 220-CV-895-Fm-NPM  permission to Amend
Need to Seperate Into Two differant cases.

4) 221-CV-779-Jes-NPM  8th Amend to A
Known Dangerous condition, Failure to keep safe

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     Nov 4 2021

Signature of Plaintiff

Printed Name of Plaintiff     Stephen Andrew Moretto

Prison Identification #     719553

Prison Address     8629 Hampton Springs Rd

Perry                    Fl        33348
              City              State        Zip Code

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

_____
              City              State        Zip Code

Telephone Number     _____

E-mail Address     _____